

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-92,641-01

### EX PARTE TIMOTHY TAYLOR, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. W366-80945-2012-HC IN THE 366TH DISTRICT COURT
### FROM COLLIN COUNTY

*Per curiam*.

### O R D E R

Applicant was convicted of continuous sexual abuse of a child and indecency with a child and sentenced to life for the first charge and twenty years' imprisonment for the second. The Fifth Court of Appeals affirmed his convictions. *Taylor v. State*, No. 05-14-00821-CR (Tex. App.—Dallas Dec. 27, 2016)(not designated for publication). Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

The parties have indicated that they are still investigating some of the claims raised and have filed an agreed motion to remand. The district clerk properly forwarded this application to this Court under Texas Rule of Appellate Procedure 73.4(b)(5). However, it appears that the parties and the

trial court have not completed their investigation and fact-finding. We remand this application to the trial court to complete its evidentiary investigation and make findings of fact and conclusions of law.

The trial court shall make findings of fact and conclusions of law within ninety days from the date of this order. The district clerk shall then immediately forward to this Court the trial court's findings and conclusions and the record developed on remand, including, among other things, affidavits, motions, objections, proposed findings and conclusions, orders, and transcripts from hearings and depositions. *See* TEX. R. APP. P. 73.4(b)(4). Any extensions of time must be requested by the trial court and obtained from this Court.

Filed: August 25, 2021
Do not publish